NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

SEP 24 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER T. HARRELL, | No. 18-16562 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-01595-KJM-GGH |
| v. | |
| HORNBROOK COMMUNITY SERVICES DISTRICT, a California Municipal Corporation; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted September 18, 2019**

Before:    FARRIS, TASHIMA, and NGUYEN, Circuit Judges.

Peter T. Harrell appeals pro se from the district court's order granting

defendants' motion for attorney's fees and costs in his action alleging a variety of

federal and state law claims.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

review for an abuse of discretion a district court's award of 28 U.S.C. § 1927 sanctions. *Wages v. IRS*, 915 F.2d 1230, 1235 (9th Cir. 1990). We affirm.

The district court did not abuse its discretion by awarding fees and costs to defendants as a sanction under § 1927 because Harrell "evidenced bad faith in multiplying the proceedings in this case unreasonably and vexatiously." *Id.* (citation and internal quotation marks omitted); *see also id*. at 1235-36 ("Section 1927 sanctions may be imposed upon a pro se plaintiff.").

**AFFIRMED.**